**CHIEF JUSTICE**
  ROGELIO VALDEZ

**JUSTICES**
  NELDA V. RODRIGUEZ
  DORI CONTRERAS GARZA
  GINA M. BENAVIDES
  GREGORY T. PERKES
  NORA L. LONGORIA

**CLERK**
  DORIAN E. RAMIREZ

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*



# Court of Appeals

## Thirteenth District of Texas

January 29, 2015

Hon. Casie Walker
District Clerk
1701 E. Polk St., Suite 90
Burnet, TX 78611-2757
* DELIVERED VIA E-MAIL *

Re:        Cause No. 13-13-00188-CR
Tr.Ct.No. 39846
Style:     SHANE CHRISTOPHER ALLEN v. THE STATE OF TEXAS

        The judgment of the trial court was AFFIRMED by this Court on the 4th day of September, 2014.   The mandate is enclosed.

        Tex R. App. P. 51.2(a)(1) provides that the clerk of the trial court shall send an acknowledgment to the clerk of the appellate court of the receipt of the mandate.  Please review the requirements of Tex. R. App. P. 51.2(b) regarding the issuance of a capias in cases in which the trial court's judgment is affirmed and the defendant is not in custody.

        Please sign the attached acknowledgment of receipt of the mandate and submit through the TAMES Records Submission Portal (RSP) as soon as possible.

                                Very truly yours,

                                Dorian E. Ramirez, Clerk

DER:ch
Enc.
cc:    Hon. Sam Oatman
       Hon. Gary W. Bunyard (DELIVERED VIA E-MAIL)
       Hon. Gary E. Prust
       Hon. Lisa Carol McMinn (DELIVERED VIA E-MAIL)

_____
I hereby acknowledge receipt of the mandate in cause no. 13-13-00188-CR this
_____ day of _____, 2015.

                                District/County Clerk,

                                By :_____